# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MONTE M. RICHARDSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16CV658 AGF |
| FRANCIS G. SLAY, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 17th day of May, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE